IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY,<br><br>        Plaintiff(s),<br>  v.<br>KYUNG RHAN RHA, et. al.,<br><br>        Defendant(s).<br>_____/ | CASE NO. 5:12-cv-05591 EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

Having reviewed the parties' Joint Statement (see Docket Item No. 18) and good cause appearing therefor, the hearing on the Order to Show Cause re: Settlement filed March 4, 2013 (see Docket Item No. 14) is CONTINUED from July 12, 2013, to **August 30, 2013, at 10:00 a.m.** On or before **August 23, 2013**, the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **August 23, 2013.**

**IT IS SO ORDERED.**

Dated: July 9, 2013

                                              EDWARD J. DAVILA
                                              United States District Judge